# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Brianna Murden,<br>　　　　*Plaintiff*<br><br>　　　　　v.<br>Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.,<br>　　　　*Defendants* | Case Number:  3:22-cv-01511 |

## **ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.

DATED:  September 7, 2022

*/s/ Patricia Brown Holmes*
Signature

Patricia Brown Holmes
Name

70 W. Madison Street, Suite 2900
Address

(312) 471-8745
Phone Number

(312) 471-8701
Fax Number

pholmes@rshc-law.com
E-Mail Address

Rev.  2/11