IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIANNA MURDEN,<br><br>   Plaintiff,<br><br> v.<br><br>META PLATFORMS, INC.,<br>FACEBOOK HOLDINGS, LLC,<br>FACEBOOK OPERATIONS, LLC,<br>FACEBOOK PAYMENTS, INC.,<br>FACEBOOK TECHNOLOGIES, LLC,<br>INSTAGRAM, LLC, AND<br>SICULUS, INC.,<br><br>   Defendants. | Case No. 3:22-cv-01511 |

**CORPORATE DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED PARTIES**

 Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc. respectfully file this Corporate Disclosure Statement and Certificate of Interested Parties and state:

**Meta Platforms, Inc.**

 Meta Platforms, Inc. is a publicly-traded corporation incorporated in Delaware with its principal place of business in Menlo Park, California. It has no parent corporation, and no publicly-traded corporation owns more than 10% of its stock.

 Meta Platforms, Inc. has the following subsidiaries:

 Cassin Networks ApS; Edge Network Services Limited; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Facebook

UK Limited; FCL Tech Limited; Greater Kudu LLC; Hibiscus Properties, LLC; Instagram, LLC; Meta Platforms Ireland Limited; Morning Hornet LLC; Novi Financial, Inc.; Pinnacle Sweden AB; Raven Northbrook LLC; Runways Information Services Limited; Scout Development LLC; Siculus, Inc.; Sidecat LLC; Stadion LLC; Starbelt LLC; Vitesse, LLC; WhatsApp LLC; Winner LLC.

**Facebook Holdings, LLC**

Facebook Holdings, LLC is incorporated in Delaware and its principal place of business is in Menlo Park, California.  Facebook Holdings, LLC is a subsidiary of Meta Platforms, Inc.  The sole member of Facebook Holdings, LLC is Meta Platforms, Inc.

**Facebook Operations, LLC**

Facebook Operations, LLC is incorporated in Delaware and its principal place of business is in Menlo Park, California.  Facebook Operations, LLC is a subsidiary of Meta Platforms, Inc.  The sole member of Facebook Operations, LLC is Meta Platforms, Inc.

**Facebook Payments, Inc.**

Facebook Payments, Inc. is incorporated in Florida and its principal place of business is in Menlo Park, California.  Facebook Payments, Inc. is a wholly-owned subsidiary of Meta Platforms, Inc.

**Facebook Technologies, LLC**

Facebook Technologies, LLC is incorporated in Delaware and its principal place of business is in Menlo Park, California.  Facebook Technologies, LLC is a subsidiary of Meta Platforms, Inc.  The sole member of Facebook Technologies, LLC is Meta Platforms, Inc.

**Instagram, LLC**

Instagram, LLC is incorporated in Delaware and its principal place of business is in Menlo Park, California.  Instagram, LLC is a subsidiary of Meta Platforms, Inc.  The sole member of Instagram, LLC is Meta Platforms, Inc.

**Siculus, Inc.**

Siculus, Inc. is incorporated in Delaware and its principal place of business is in Menlo Park, California.  Siculus, Inc. is a wholly-owned subsidiary of Meta Platforms, Inc.

Dated:   September 7, 2022

                Respectfully submitted,

                */s/ Patricia Brown Holmes*
                Patricia Brown Holmes (ARDC No. 6194645)
                pholmes@rshc-law.com
                **RILEY SAFER HOLMES & CANCILA LLP**
                70 West Madison Street
                Suite 2900
                Chicago, Illinois 60602

*Attorney for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that, on September 7, 2022, a true and correct copy of this Corporate Disclosure Statement and Certificate of Interested Parties was served by ECF on all counsel of record.

*/s/ Patricia Brown Holmes*
Patricia Brown Holmes